**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**


MARY L. BRYANT                                                              PLAINTIFF

v.                                         2:05CV295 JTR

LINDA S. McMAHON,
Acting Commissioner,
Social Security Administration                                             DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this

case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 16th day of February, 2007.


_____
UNITED STATES MAGISTRATE JUDGE